IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES EDWARD TRUSCHKE. JR.,

      Plaintiff,                      No. 2:13-cv-1255 EFB P

   vs.

D. FLYNN, et al.,

      Defendants.            <u>ORDER</u>

                               /

       Plaintiff is a county inmate proceeding without counsel. He has filed documents with the court using the form to be used by a prisoner in filing a complaint under the Civil Right Act, 42 U.S.C. § 1983.

       To proceed with a civil action a plaintiff must pay the $400 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a). Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed in forma pauperis. Plaintiff has 30 days to either pay the fee or file a proper application.

       In addition, plaintiff must submit a proper complaint. Plaintiff has filed the first page of the prisoner civil rights form complaint, but he has not signed it or included a short and plain

////

1

1 statement of his claim.[1]  *See* Dckt. No. 1.  Rule 11 of the Federal Rules of Civil Procedure
2 requires that "[e]very pleading, written motion, and other paper . . . be signed by at least one
3 attorney of record in the attorney's name—or by a party personally if the party is unrepresented."
4 Fed. R. Civ. P. 11(a).  Rule 8 requires that a complaint include "a short and plain statement of
5 the claim" showing entitlement to relief.  Fed. R. Civ. P. 8(a)(2).  To properly commence a civil
6 action, plaintiff must file a signed complaint.  Fed. R. Civ. P. 3.

   Until plaintiff submits a proper complaint and either pays the filing fee or meets the
requirements of 28 U.S.C. § 1915(a), there simply is no case before the court.

   Accordingly, IT IS HEREBY ORDERED that:

   1. The Clerk of the Court is directed to mail to plaintiff a form application for leave to
proceed in forma pauperis and a form for filing a civil rights action under 42 U.S.C. § 1983.

   2. Plaintiff has 30 days from the date of service of this order to submit either the filing
fee or the application required by § 1915(a).

   3. Plaintiff has 30 days from the date of service of this order to submit a complaint.

   4. Failure to comply with this order may result in this action being dismissed.

DATED: July 9, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Instead, plaintiff has filed a copy of a California Government Claims Form and a one-page letter addressed "to whom it may concern."  *See* Dckt. No. 1.

2