UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD TRUSCHKE, JR., | No. 2:13-cv-1255-MCE-EFB P |
| Plaintiff, | |
| v. | ORDER |
| D. FLYNN, et al., | |
| Defendants. | |

After this civil rights action was closed and judgment duly entered, *see* ECF Nos. 22, 23, plaintiff filed a motion to proceed in forma pauperis and a petition for writ of habeas corpus, ECF Nos. 25, 26. The court takes no action on plaintiff's filings as this case is now closed and the Clerk is directed to terminate docket entry number 25.

Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

So ordered.

Dated: April 2, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE